IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

WILLIAM GRESS,

Plaintiff,

v.

THE EMBROIDERY SHOPPE, LLC,

Defendant.

No. 24-cv-01641
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiff William Gress and against Defendant The Embroidery Shoppe, LLC, in the amount of $500.00 in statutory damages, and $5,429.00 in attorneys' fees and costs,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from Defendant.

☐ in favor of Defendant(s) and against Plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge John F. Kness presiding, and the jury has rendered a verdict.
☐ tried by Judge John F. Kness without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on a motion [12] for default judgment.

SO ORDERED in No. 24-cv-01641.

Date: July 11, 2024

JOHN F. KNESS
United States District Judge